# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00607-CV

**Patricio Hernandez, Jr., Appellant**

**v.**

**Amber Frithiof, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 24-1668-CC4, THE HONORABLE JOHN B. MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on February 12, 2026. On March 5, 2026, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by March 16, 2026 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed:   March 27, 2026